UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| First Business Bank et al., ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-00999 UNA |
| ) | |
| ) | |
| FTI Wholesale, Inc. et al, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The above styled and numbered case was filed on April 26, 2019, and opened as a new civil proceeding with a civil case number.

After a review of the case, it was determined that the case should have been opened as a miscellaneous proceeding and assigned a miscellaneous case number.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is opened as a miscellaneous proceeding and randomly assigned to the Honorable Ronnie L. White, United States District Judge, under cause number 4:19-mc-00320 RLW.

**IT IS FURTHER ORDERED** that cause number 4:19-cv-00999 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: April 26, 2019    By: /s/ Michele Crayton
                             Court Services Manager

**In all future documents filed with the Court, please use the following case number 4:19-mc-00320 RLW.**